OTTO HECKER, Respondent, v. THERESA HECKER, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NATHAN DIAMANT, as Receiver of BUONIELLO BUILDERS' SUPPLIES Co., INC.; Appellant, v. AUTOCAR SALES & SERVICE Co., INC., Respondent, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ALBERT CUGAT, Respondent, v. ALLAN CHASE et al., Appellants.— Orders unanimously reversed, with twenty dollars costs and disbursements and the motion to preclude denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 904.]

FISCHBACH & MOORE, INC., Respondent, v. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to · be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROSE BAZAR v. PHILIP MORGENSTEIN et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking prescribed by section 593 of the Civil Practice Act. [See ante, p. 761.] Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

260 FIFTH AVENUE CORPORATION et al., v. EMANUEL SCYCHEL et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 947.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

260 FIFTH AVENUE CORPORATION et al., v. EMANUEL SCYCHEL et al., and BUILDING SERVICE EMPLOYEES' INTERNATIONAL UNION, LOCAL 32-B.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 947.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

GUSTAVE S. JACOBSON v. VICTOR JACOBSON.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. [See ante, p. 770.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of GEORGE LAPAN, an Infant, by SONIA BARMAK, His Guardian ad Litem, against SOL LAPAN.— Motion for reargument denied. [See ante, p. 761.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ROSE KLEIN, Suing as a Stockholder of and on Behalf of KLEIN'S OUTLET, INC., v. KLEIN'S OUTLET, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, pp. 27, 770.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of SAMUEL S. GOODMAN against HENRY W. RALPH, as Register of the City of New York and Recording Officer of the County of New York; FRANK C. MOORE, as Comptroller of the State of New York, et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 753.] Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of CLEMENT JAVETE against BOARD OF SUPERINTENDENTS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars